No. 85–2015.   SOUTHERN PACIFIC TRANSPORTATION CO. *v.*
HARCON BARGE CO., INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 85–2019.   REARDON, SHERIFF OF ESSEX COUNTY *v.* COLA.
C. A. 1st Cir.   Certiorari denied.

No. 85–7078.   AMMONS ET AL. *v.* WASHINGTON.   Sup. Ct.
Wash.   Certiorari denied.

No. 85–7154.   BAHRAMNIA *v.* UNITED STATES IMMIGRATION
AND NATURALIZATION SERVICE.   C. A. 5th Cir.   Certiorari denied.

No. 85–7162.   BROWN *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari
denied.

No. 85–7188.   NEYLAND *v.* BLACKBURN, WARDEN, ET AL.
C. A. 5th Cir.   Certiorari denied.

No. 85–7198.   MCSWAIN *v.* UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 85–7221.   GARY *v.* WILKES, SHERIFF, ET AL.   C. A. 11th
Cir.   Certiorari denied.

No. 86–78.   ROBERTS, PERSONAL REPRESENTATIVE OF THE
ESTATE OF ROBERTS *v.* SPALDING ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–137.   AMEND *v.* UNITED STATES.   C. A. 4th Cir.
Certiorari denied.

No. 86–163.   BRIGGINS *v.* POLICE DEPARTMENT OF THE CITY
OF NEW YORK ET AL.   Ct. App. N. Y.   Certiorari denied.

No. 86–180.   KREBS *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 86–189.   METZ ET UX. *v.* UNITED STATES.   C. A. 11th
Cir.   Certiorari denied.